# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00391-CV

**In re Jason Hodge**

### ORIGINAL PROCEEDING FROM LEE COUNTY

## O R D E R

**PER CURIAM**

Relator Jason Hodge has filed a petition for writ of mandamus and partially unopposed emergency motion for stay. *See* Tex. R. App. P. 52.1, 52.10(a). We partially grant the motion and temporarily stay the trial court's June 17, 2021 contempt order pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before August 27, 2021.

It is ordered on August 17, 2021.

Before Chief Byrne, Justices Triana and Kelly